IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:17CR3049** |
| vs. | |
| ABRAHAM NUNEZ-MEJIA, | **ORDER** |
| Defendant. | |

Defendant has moved to continue Defendant's suppression hearing. (Filing No. 23). As explained by counsel, defense counsel cannot attend the hearing at the currently scheduled date and time The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1)      Defendant's motion to continue, (Filing No. 23), is granted.

2)      The evidentiary hearing on Defendant's motion to suppress, (Filing No. 17), will be held before the undersigned magistrate judge on September 13, 2017 at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

August 9, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge